711 A.2d 472

The VINCENTIAN SISTERS OF CHARITY, a Non–Profit Corporation, Petitioner,

v.

ZAMBORANO CONSTRUCTION, Stanley S. Pyzdrowski, an Individual; Stanley S. Pyzdrowski, t/d/b/a A & S Pyzdrowski; A & S Pyzdrowski; Fred Tobias and Bruce H. Laswell, t/d/b/a SRW Associates, Inc.; SRW Associates, Inc., in its own name and as Merged or Consolidated into ICF Tech. Acquisition, Inc., and/or ICF Technology Incorporated and/or ICF Kaiser Engineers Corporation and/or ICF Kaiser Engineers, Inc., and B.F. Marshall, an Individual, Respondents.

Supreme Court of Pennsylvania.

June 18, 1998.

Michael Yablonski, Nicholas P. Cafardi, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 18th day of June, 1998, the Petition for Allowance of Appeal is GRANTED, limited to the second issue raised in the petition. The order of the Superior Court is vacated, and the matter is remanded to the trial court for consideration of Petitioner's claims in light of this Court's recent holdings in *Jacobs v. Halloran,* 551 Pa. 350, 710 A.2d 1098 (1998), and *Marino v. Hackman,* 551 Pa. 369, 710 A.2d 1108 (1998).

Jurisdiction relinquished.